1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVARENGA INGLEWOOD, LLC, a California limited liability company; and Does 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-02581-FMO-AGR<br><br>*Hon. Fernando M. Olguin*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  March 15, 2021<br>Trial Date:     Not on Calendar |

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Alvarenga Inglewood, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 21, 2021

/s/
Hon. Fernando M. Olguin
United States District Judge